William Webb, Administrator of Estate of Linda Diann Webb, Deceased, Plaintiff-Appellee, v. Homer Henke, Defendant-Appellant.

Term No. 56–F–10.   (Abstract of Decision.)

Fourth District.

May 5, 1956.

Released for publication June 4, 1956.

James L. Reed, for defendant-appellant; Listeman and Bandy, and Irving M. Wiseman, for plaintiff-appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.